**E-filed 5/1/06**

1

MOSES DIAZ (State Bar # 224572)
*mosesd@lawfoundation.org*

2

KIMBERLY N. PEDERSON (State Bar # 234785)
*kimp@lawfoundation.org*

3

**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315

4

San Jose, California 95113
Telephone:    408-280-2402

5

Facsimile:    408-293-0106

6

KEITH L. SLENKOVICH (State Bar #129793)
*kslenkovich@thelenreid.com*

7

LISA A. COLE (State Bar # 184267)
*lcole@thelenreid.com*

8

JAMES D. MOORE (State Bar # 218187)
*jdmoore@thelenreid.com*

9

**THELEN REID & PREIST LLP**
225 West Santa Clara Street, Suite 1200

10

San Jose, California 95113
Telephone:    408-292-5800

11

Facsimile:    408-292-8040

12

Attorneys for: Plaintiffs CRISTINA PLATA
and LUIS MAPULA

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

(SAN JOSE)

17

18

**CRISTINA    PLATA,**   and   **LUIS MAPULA,**

19

Plaintiffs,

20

*v.*

21

**LONG    BEACH    MORTGAGE COMPANY** et al,

22

Defendants.

Case No. C 05-02746 JF/PVT

**NOTICE OF SETTLEMENT.**

23

24

The plaintiffs in the above-entitled action hereby inform the Court that a global settlement

25

appears to have been reached among all of the parties.  Although the details of the settlement are

26

being finalized, it appears that the settlement will be completed in early July 2006 at which point

27

the plaintiffs would file a request for dismissal.  Consequently, the plaintiffs hereby request that the

28

Case Management Conference currently scheduled for April 28, 2006 be continued to July 31, 28th 2006.

1

2     .                                 Respectfully submitted,

3 Dated: April 17, 2006           FAIR HOUSING LAW PROJECT

4                            /s/ Moses Diaz

5                          _____

                           MOSES DIAZ

6                            KIMBERLY N. PEDERSON

                           Attorneys for plaintiffs CRISTINA PLATA and

7                            LUIS MAPULA

8 Dated: April 17, 2006           THELEN REID & PRIEST LLP

9

10                            /s/ James Moore

11                          _____

                           KEITH L. SLENKOVICH

                           LISA A. COLE

12                            JAMES D. MOORE

                           Attorneys for plaintiffs CRISTINA PLATA and

13                            LUIS MAPULA

14 / / /  SV # 213667

15

16     4/27/06   IT IS SO ORDERED.

17

18                    JUDGE JEREMY FOGEL US DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT.

## CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Santa Clara, State of California. My business address is:

> 111 West Saint John Street, Suite 315
> San Jose, California 95113
> 408-293-0106 - Facsimile

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

**NOTICE OF SETTLEMENT.**

  __X__  E-MAIL – By electronic mail or as follows:

**Through the Court's CM/ECF filing system pursuant to Local Rule 5.5(b).**

_____  MAIL-- By United States Mail at San Jose, California in an envelope with postage thereon fully prepaid as follows:

**FIRST CLASS MAIL**

Service was directed to:

John L. Fallat, Esq.
Law Office of John L. Fallat
523 Fourth Street, Suite 210
San Rafael, California 94901
jfallat@fallat.com

Mr. Barry Hovis, Esq.
Musick Peeler & Garrett LLP
120 Montgomery Street, Suite 2550
San Francisco, California 94104-4336
b.hovis@mpglaw.com
c.lee@mpglaw.com

Shawn R. Parr, Esq.
Parr Law Group
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
parrst@ix.netcom.com
thu@parrlawgroup.com

THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
jdmoore@thelenreid.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 17, 2006, at San Jose, California.

/s/ Moses Diaz
_____
        MOSES DIAZ